# United States Court of Appeals for the Fifth Circuit

No. 25-50977
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 6, 2026

Lyle W. Cayce
Clerk

Melvin Wayne Williams,

*Plaintiff—Appellant*,

*versus*

Male Nurse John Doe; Female Nurse Ms. Kathy;
Doctor Emergency Room John Doe; Sheriff John Doe;
Sergeant Coker,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:25-CV-1194

_____

Before Smith, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Melvin Williams, Texas prisoner #2405856, initiated this civil rights action in July 2025, alleging violation of his constitutional rights relating to the medical care that he received from July to September 2022 while detained in the Burleson County Jail. The district court dismissed the complaint as

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50977

frivolous per 28 U.S.C. § 1915(e), reasoning that it was barred by the applicable statute of limitations. Williams appeals and requests appointment of counsel.

We agree with the district court that the complaint is time-barred. *See Gartrell v. Gaylor*, 981 F.2d 254, 256–57 (5th Cir. 1993); *Jenkins v. Tahmahkera*, 151 F.4th 739, 747–49 & n.11 (5th Cir. 2025). This case does not present exceptional circumstances warranting appointment of counsel. *See Tampico v. Martinez*, 987 F.3d 387, 392 (5th Cir. 2021).

Accordingly, the judgment is AFFIRMED. The motion for appointment of counsel is DENIED.